# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-196 |
| BRADFORD WADE | SECTION: "P" (2) |

## ORDER

The Court, having considered Bradford Wade's Motion for Termination and/or reduction of Supervised Release Term,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and Wade's failure to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion for Termination and/or reduction of Supervised Release Term (R. Doc. 104) is **DENIED** for the reasons stated in the Magistrate Judge's Report and Recommendation (R. Doc. 114).

New Orleans, Louisiana, this 9th day of May 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 104.
[2] R. Doc. 114.